United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TONY RAY LEWIS, Jr.,

        Petitioner,

  vs.

TIM VIRGA,

        Respondent.
                                /

No. C 13-1074 PJH (PR)

**ORDER FOR RESPONDENT TO SHOW CAUSE**

    Petitioner, a California prisoner currently incarcerated at California State Prison-Sacramento has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court ordered respondent to show cause, however respondent never received a copy of the petition or court order and has not appeared in this case.  Therefore, respondent shall be re-served and respondent shall follow the instructions from the prior service order, (Docket No. 9).

    The clerk shall serve by regular mail a copy of this order, the prior order (Docket No. 9) and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California, care of, Peggy Ruffra.

**IT IS SO ORDERED.**

Dated:   September 27, 2013.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\HC.13\Lewis1074.osc2.wpd